UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAMUEL ERIC BROWN,

    Plaintiff,

v.  Case No. 3:22cv16776-LC-HTC

DR. RODRIGUEZ,

    Defendant.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 18, 2022 (ECF No. 13), recommending dismissal based on Plaintiff's failure to state a claim upon which relief can be granted. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 13) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to state a claim upon which relief can be granted.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 13th day of January, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv16776-LC-HTC